IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RENEGADES MC, | ) | Civ. No. 16-00119 JMS-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| ROBERT D. JOHNSON; | ) | |
| RENEGADES MC 25/8, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>**

Findings and Recommendation having been filed and served on all parties on February 2, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE

///

///

///

///

///

APPLICATION FOR DEFAULT JUDGMENT," ECF No. 43, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 17, 2017.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

Renegades MC v. Johnson, Civ. No. 16-00119 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation