IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RENEGADES MC, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT D. JOHNSON, RENEGADES MC 25/8 and DOES 1-10, inclusive <br><br> Defendants. | CIVIL NO. 16-00119-JMS-KSC <br><br> FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

Plaintiff, RENEGADES MC's, MOTION FOR DEFAULT JUDGMENT was considered by the court having come on regularly for hearing in front of the Honorable Kevin S.C. Chang at the above referenced courthouse on September 15, 2017 at 9:33 a.m.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, including that,

1. No opposition, appearance or other communication was made by defendant, ROBERT D. JOHNSON, to plaintiff's counsel or this court;

2. On June 14, 2017, the clerk of the court entered default as to defendant,

ROBERT D. JOHNSON; and

3. The court considered the factors in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986);

THE COURT MAKES THE FOLLOWING RECOMMENDATIONS:

1. That the District Court grant the Plaintiff's request for entry of default judgment against defendant;

2. That the District Court grant in part and deny in part the motion as follows:

    a. award $300,000 in damages to Plaintiff;

    b. award attorneys' fees in the amount of $15,652.00, because Defendant's acts were committed knowingly, maliciously, or oppressively;

    c. issue a permanent injunction restraining Defendants and their officers, agents, employees, and all other persons or entities in active concert or participation with them or any of them from,

        i. manufacturing, importing, advertising, marketing, promoting, supplying, distributing, selling or offering for sale any products and merchandise which bear either Plaintiff's trademarks or any mark that is confusingly similar and engaging in any other activity, which constitutes an infringement of any of Plaintiff's

rights in its Renegades trademarks, including maintenance of websites in Defendant Robert D. Johnson's control containing the words "Renegades MC", "Renegades MC 25/8", or any iteration thereof, and use by Johnson of social media identities identifying him as being sponsored by, or associated, or affiliated with "Renegades MC" "Renegades MC 25/8", or any iteration thereof.

  ii. engaging in any other activity constituting unfair competition with Plaintiffs; and

  iii. engaging in any activity that will diminish the unique and distinctive quality of Plaintiffs' Renegades marks.

3. That Defendants be directed and ordered to deliver to Plaintiff all remaining inventory of infringing merchandise including advertising, packaging, promotional, and marketing materials, along with the means of producing the same;

4. That Defendants be directed to cancel the trademark application and/or registration with the U.S. Patent and Trademark Office;

5. That the Department of Commerce and Consumer Affairs, State of Hawaii, be directed not to register any trademark, trade name, or entity name by Johnson or his agents that contain the words "Renegades MC" or any iteration thereof;

6. That the District Court declare that Plaintiff owns the subject trademark, and trade name and its rights are superior to Johnson, who is not the owner, is not the source of the mark, and has no affiliation with or connection to Plaintiff, Renegades MC.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, November 21, 2017.





Kevin S.C. Chang
United States Magistrate Judge